ORDERED.

Dated: May 20, 2024

*[Signature]*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 8:19-bk-02417-CPM
 Chapter 13
Michael Glen Allan Paul and
Michelle Lynn Paul

 Debtors.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER came on for consideration for the purpose of the entry of an appropriate Order in the above-styled Chapter 13 case upon the Trustee's Motion to Modify Confirmed Plan (Doc. No. 44).  The motion was filed with negative notice and no response/objection has been filed.  Accordingly, it is:

**ORDERED**:

1. The Trustee's Motion to Modify Confirmed Plan (Doc. No. 44) is hereby GRANTED.

2. Page 2 of the Order Granting Trustee's Motion to Modify Confirmed Plan (Doc. No. 42) as to Exhibit A" entered on July 20, 2021 is hereby stricken and the following is substituted in lieu thereof:

**Michael Glen Allan Paul and Michelle Lynn Paul**
Case No.  8:19-bk-02417-CPM

# EXHIBIT A

**TOTAL MONTHLY AMOUNT TO BE PAID TO THE CHAPTER 13 TRUSTEE:**

| | | | |
|---|---|---|---|
| **Starting** | 04/19/19 | $329.00 | for  7 Months |
| | 11/19/19 | $342.00 | **for 26 Months** |
| | **01/19/22** | **$348.00** | **for 27 Months** |

**Total Plan Length    60    Months**

Unless otherwise consented to in writing by the Chapter 13 Trustee or subsequently ordered by the court, in addition to the plan payments set forth above, the Debtors shall turn over to the Trustee all tax refunds beginning with the tax year 2019 and each tax year thereafter during the term of the Plan. Said refunds must immediately (upon receipt of) be turned over to the Chapter 13 Trustee, in a certified check or money order <u>(Debtors should not sign their IRS Refund Check and send it to the Trustee.  All money sent to the Trustee needs to be in the form of a certified check or money order)</u> made payable to Jon M. Waage, Chapter 13 Trustee, with complete information as to what tax year the refund represents and sent to our payment address, at PO Box 260, Memphis TN 38101-0260. Additionally, the Debtors must provide complete copies of all tax returns to the Trustee's office no later than April 15th of each year for the preceding year's taxes.  In addition to the aforementioned monies, the Debtors shall also pay to the Chapter 13 Trustee a sum to be determined by the Court, derived of any net recovery which the Debtor(s) may be entitled to or may receive from the inheritance from Michelle Paul (joint debtor's) father's estate. The Debtor(s) shall advise the Trustee as to the source of said monies on a semi-annual basis throughout the life of the Plan and shall promptly account for and include complete information as to from what or where the monies were derived.  Any monies received must immediately (upon receipt of) be turned over to the Chapter 13

Trustee. <u>All money sent to the Trustee needs to be in the form of a certified check or money order, made payable to Jon M. Waage, Chapter 13 Trustee,</u> and send to our payment address, at PO Box 260, Memphis TN 38101-0260.

**In addition to the aforementioned monies, the Debtors shall also pay to the Chapter 13 Trustee a sum to be determined by the Court, derived of any net recovery which the Debtor(s) may be entitled to or may receive from a second inheritance from debtor, Michael Glen Allan Paul (mother's estate)  The Debtors shall advise the Trustee as to the source of said monies on a semi-annual basis throughout the life of the Plan and shall promptly account for and include complete information as to from what or where the monies were derived.  Any monies received must immediately (upon receipt of) be turned over to the Chapter 13 Trustee. <u>All money sent to the Trustee needs to be in the form of a certified check or money order, made payable to Jon M. Waage, Chapter 13 Trustee,</u> and send to our payment address, at PO Box 260, Memphis TN 38101-0260.**

The claim of SunTrust Bank (Claim No. 9-1) and the claim of Lakeview Loan Servicing, LLC (Claim No. 22-1) are specifically not dealt with nor affected by the Plan as confirmed and shall be paid by Debtors, directly to said creditors, outside the confirmed plan.

**CLAIM #  ALLOWED CLAIM FOR ATTORNEY FEES:**

<u>N/A</u>    Jay M. Weller, Esquire                                                  $   3,500.00 **Total**
         (To be paid at $3,500.00 through the plan)

**ATTORNEY MONITORING FEE:**

| | | |
|---|---|---|
| N/A | Jay M. Weller, Esquire | $     50.00 **Monthly** |

(Paid at $0.00 per month for months (1) thru (7); then $50.00 per month for months (8) through (60)

Note: Monitoring fee ends when the plan completes)

**ALLOWED PRIORITY CLAIM(S):**

| | | |
|---|---|---|
| 3-1 | Internal Revenue Service | $  1,552.00 **Total** |

**ALLOWED SECURED CLAIM(S) PAYING SECURED BALANCE TOTAL:**

| | | |
|---|---|---|
| **5-1** | **Americredit Financial Services, Inc. (Total Disbursed)** | $ **10,781.70 Total** |

**MINIMUM DISTRIBUTION ON ALLOWED GENERAL UNSECURED CLAIM(S)**

$     0.00 **Total**

**The following unsecured claims are allowed:**

| | | |
|---|---|---|
| 1-1 | Discover Bank | $  3,601.12 |
| 2-1 | Discover Bank | $ 16,059.03 |
| 4-1 | Becket & Lee/American Express National Bank | $ 14,614.00 |
| 6-1 | Capital One Bank, NA | $  9,252.17 |
| 7-1 | Capital One Bank, NA | $  1,888.86 |
| 8-1 | Capital One Bank, NA | $  3,281.35 |
| 10-1 | Chase Bank, NA | $  8,143.06 |
| 11-1 | Capital One Bank, NA | $  4,218.03 |
| 12-1 | Becket & Lee/American Express National Bank | $    871.16 |
| 13-1 | Becket & Lee/American Express National Bank | $ 14,629.84 |
| 14-1 | Becket & Lee/American Express National Bank | $ 11,184.97 |
| 15-1 | Bank of America, NA | $  9,298.60 |
| 16-1 | Wells Fargo Bank, NA | $    899.00 |
| 17-1 | Wells Fargo Bank, NA | $  5,995.44 |
| 18-1 | LVNV Funding, LLC | $  8,556.63 |
| 19-1 | LVNV Funding, LLC | $  6,495.45 |
| 20-1 | LVNV Funding, LLC | $    888.33 |
| 21-1 | Portfolio Recovery/Lowes | $  8,894.65 |
| 23-2 | Portfolio Recovery/Barclay Card | $  3,953.95 |
| 24-1 | Citibank, NA/Best Buy | $  5,258.16 |

**ORDER OF DISTRIBUTION:**

1. Adequate protection over life of plan or until creditor is paid in full and allowed Attorney's Fees and Administrative Expenses
2. Secured Balance plus interest over the life of the plan or as otherwise specified.
3. Domestic Support Obligations under $500.00
4. Small Secured creditors-Under $500.00 in balance.
5. Domestic Support Obligations over $500.00
6. Arrearages
7. Other Priority Creditors and Pro-Rata Distribution to Unsecured Creditors

**OTHER CLAIMS:**

**The following claims are hereby allowed, however, the Trustee shall not make any distribution upon such claims:**

 9-1   SunTrust Bank
22-1   Lakeview Loan Servicing, LLC

3. This Court's Order Granting Trustee's Motion to Modify Confirmed Plan (Doc. No. 42) entered on July 20, 2021 is modified to the extent provided herein and shall in all other respects remain in full force and effect.

Trustee, Jon M. Waage, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

JMW/br                                                                                                          C13T 05/20/24